**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **THOMAS McCARTHY, PHAN NGUYEN, ELIZABETH RIVERA GOLDSTEIN,**<br><br>　　Plaintiffs,<br><br>v.<br><br>**JAMES BARRETT, et al.,**<br><br>　　Defendants. | NO. 3:09-cv-5120-RBL<br><br>**PARTIES' STIPULATION TO CONTINUE DEADLINES FOR FRCP 26(f) CONFERENCE AND RELATED DATES** |

Parties to this matter, Lawrence A. Hildes appearing for Plaintiffs and Jean Pollis Homan of the Tacoma City Attorney's Office for Defendants, hereby stipulate as follows:

In order to accommodate scheduling conflicts, and because new additional counsel will be coming into the case for Plaintiffs parties hereby agree to continue the initial deadlines in this matter as follows:

**McCARTHY V. BARRETT**-PARTIES' STIPULATION TO CONTINUE INITIAL DATES　　　1

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1

2    1) Deadline for FRCP 26(f) Conference to July 21, 2009.

3    2) Initial Disclosures Pursuant to FRCP 26(a)(1) to July 28, 2009.

4    3) Combined Joint Status Report and Discovery Plan pursuant to FRCP 26(f) and

5       Local Rule CR 16 to July 28, 2009.

6   If those dates are not satisfactory to the court, we ask that the court set dates that

7   are at least 45 days beyond those currently set in this matter.

8

9   It is so stipulated:

10

11  DATED: May 5, 2009

12                                   /S/
13                                LAWRENCE A. HILDES, WSBA# 35035
14                                Attorney for Plaintiffs
15
16
17
18  Dated: _____              /S/
19                                JEAN POLLIS HOMAN, WSBA # 27084
20                                 Tacoma City Attorney's Office
21                                 Attorney for Defendants
22
23
24
25  **ORDER**:
26
27  The dates are ordered continued as follows:
28
29  Deadline for FRCP 26(f) Conference to July 21, 2009.
30
31  Initial Disclosures Pursuant to FRCP 26(a) to July 28, 2009.

**McCARTHY V. BARRETT**-PARTIES' STIPULATION TO CONTINUE INITIAL DATES     2

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

Combined Joint Status Report and Discovery Plan pursuant to FRCP 26(f) and Local Rule CR 16 to July 28, 2009.

Dated this 6th day of May, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
LAWRENCE A. HILDES, WSBA# 35035
Attorney for Plaintiffs
 (May 5, 2009)

**McCARTHY V. BARRETT**-PARTIES' STIPULATION TO CONTINUE INITIAL DATES  3

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS