THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS McCARTHY, PHAN NGUYEN, ELIZABETH RIVERA GOLDSTEIN, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES BARRETT, individually and in his capacity as a SERGEANT of the TACOMA POLICE DEPARTMENT; PAUL JAGODINSKI, individually and in his Official Capacity as a SERGEANT of the TACOMA POLICE DEPARTMENT; ALAN ROBERTS, individually and in his Official Capacity as a LIEUTENANT of the TACOMA POLICE DEPARTMENT; CITY OF TACOMA (TPD); TODD KITSELMAN, individually and in his Official Capacity as a SERGEANT of the TACOMA POLICE DEPARTMENT; KEVIN LORBERAU, individually and in his Official Capacity as an OFFICER of the TACOMA POLICE DEPARTMENT; KARL HOCH, individually and in his Official Capacity as an OFFICER of the TACOMA POLICE DEPARTMENT; HANNAH HEILMAN, individually and in her Official Capacity as an OFFICER of the TACOMA POLICE DEPARTMENT; PPO H. BETTS, individually and in his Official Capacity as a PPO of the TACOMA POLICE DEPARTMENT; PPO W. GRANLUND, individually and in his Official Capacity as a PPO of the TACOMA POLICE DEPARTMENT; PPO I. NORLING, individually and in his Official Capacity as a | NO. C09 5120 <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR AMENDED COMPLAINT |

| | |
|---|---|
| PPO of the TACOMA POLICE DEPARTMENT; ALAN MORRIS, individually and in his Official Capacity as a SERGEANT of the TACOMA POLICE DEPARTMENT; B. PARIS, individually and in his Official Capacity as a SERGEANT of the TACOMA POLICE DEPARTMENT; DONALD NELSON, individually and in his Official Capacity as an OFFICER of the TACOMA POLICE DEPARTMENT; THOMAS STRICKLAND, individually and in his Official Capacity as a CAPTAIN of the TACOMA POLICE DEPARTMENT; MARK LANGFORD, individually and in his Official Capacity as a CAPTAIN of the TACOMA POLICE DEPARTMENT; MICHAEL MILLER, individually and in his Official Capacity as a CAPTAIN of the TACOMA POLICE DEPARTMENT; ROBERT SHEEHAN, individually and in his Official Capacity as an ASSISTANT CHIEF of the TACOMA POLICE DEPARTMENT; DONALD RAMSDELL, individually and in his Official Capacity as the CHIEF of the TACOMA POLICE DEPARTMENT; DOES 1-250,<br><br>                         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The parties hereby stipulate that Plaintiffs may file an Amended Complaint in the form attached.

The parties agree and stipulate that the Defendants are preserving any and all defenses to claims asserted in the Amended Complaint, including applicable statutes of limitation and non-compliance with RCW 4.96 (either because some Plaintiffs did not file claims or did not wait 60 days before commencing litigation). Defendants reserve their right to assert that allowance of the amended pleading does not relate back for any of the claims by new Plaintiffs Coakley, Edelbacher and Bevis. The Defendants also preserve the argument that the federal

declaratory judgment statute does not extend to declarations of the scope, meaning and application of the Washington State Contitution.

DATED this 21st day of September, 2009.

DORSEY & WHITNEY LLP

By: /s/ Evan L. Schwab
Evan L. Schwab, WSBA #2174
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 903-8858
Facsimile: (206) 903-8820

*Cooperating Attorneys for*
*ACLU of Washington Foundation*

Lawrence A. Hildes, WSBA #35035
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Facsimile: (360) 714-1791

Sarah A. Dunne, WSBA #34869
M. Rose Spidell, WSBA #36038
ACLU of Washington Foundation
705 Second Avenue, Suite 300
Seattle, WA 98104-1799
Telephone: (206) 624-2184
Facsimile: (206) 624-2190

*Attorneys for Plaintiffs*

/s/ Jean P. Homan
Jean P. Homan, WSBA #27084
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA 98402
Telephone: (253) 591-5885
Facsimile: (253) 591-5755

*Attorney for Defendant City of Tacoma*

## ORDER

By virtue of the Stipulations made by the parties herein, it is hereby ordered that Plaintiffs are granted leave to file the Amended Complaint in the form attached as Exhibit A to ~~this~~ the Stipulation (Dkt. #17) RBL

BY THE COURT:

Ronald B. Leighton
United States District Court Judge

9-22-09