1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS McCARTHY, *et al.*, | ) NO.    C09 5120 |
| | ) |
| Plaintiffs, | ) |
| | ) STIPULATION AND PROPOSED |
| v. | ) ORDER FOR EXTENSION OF |
| | ) PRETRIAL AND TRIAL DEADLINES |
| JAMES BARRETT, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

        In order to permit Plaintiffs sufficient time to review documents relating to surveillance

of Plaintiffs and their activities during times relevant to the claims in this lawsuit, which were

first disclosed by Defendants on Wednesday, September 22, 2010, and to allow sufficient time

for Plaintiffs to take discovery into the scope and nature of the surveillance conducted by

Defendants and their officers, employees or agents, including the continued deposition of

Detective Chris Adamson, who served as the Supervisor for the Tacoma/Pierce County Regional

Intelligence Group during the period of time relevant to the claims in this lawsuit and who will

be unavailable between September 20 and October 10, and the depositions of undercover officers

who conducted surveillance or monitoring of Plaintiffs' activities, including Manuela Loth and

others yet to be identified, and to give Plaintiffs' potential experts the ability to review that

discovery, the parties, through their undersigned counsel of record, respectfully submit this

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184

stipulation and proposed order seeking the following modification of dates in the Minute Order Setting Trial, Pretrial Dates and Ordering Mediation, with all other pretrial deadlines to remain the same:

1) Disclosure of expert opinions for all topics other than the surveillance of Plaintiffs and their activities conducted by Defendants and their officers, employees or agents remains as currently required under the case schedule - disclosure of primary expert opinions on October 1st, rebuttal experts 30 days later;

2) Completion of all fact discovery by November 15, 2010, as currently required under the case schedule;

3) Depositions of experts on all topics other than the surveillance of Plaintiffs and their activities conducted by Defendants and their officers, employees or agents by November 15, 2010, as currently required under the case schedule;

4) Disclosure of any expert opinions relating to the surveillance of Plaintiffs and their activities conducted by Defendants and their officers, employees or agents by November 30, 2010;

5) Disclosure of rebuttal expert opinions relating to the surveillance of Plaintiffs and their activities conducted by Defendants and their officers, employees or agents, if any, by December 30, 2010;

6) Depositions of any experts rendering opinions on the surveillance of Plaintiffs and their activities conducted by Defendants and their officers, employees or agents in January 2011;

7) Continuance of the deadline for filing dispositive motions to February 15, 2011; and

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184

8)   Continuance of the trial date to a date convenient for the Court and consistent with the deadline for the filing of dispositive motions. Counsel note unavailability due to trial schedules and personal commitments on the following dates: Nathan Alexander, counsel for Plaintiffs, will be unavailable April 11, 2010 through May 11, 2010 and Scott Johnson, counsel for Plaintiffs, will be unavailable April 5, 2010 through April 9, 2011 and June 9 through June 14, 2011. Jean Homan, Counsel for Defendants, will be unavailable on March 24, 2011 through April 6, 2011; April 18, 2011 through April 29, 2011 and from the end of July to beginning of August.

DATED this __1st____ day of October, 2010,

By:    */s/ M. Rose Spidell_____*
       M. Rose Spidell, WSBA #36038
       ACLU of Washington Foundation
       ***Attorney for Plaintiffs***

       ___*/s/ Jean P. Homan*_____
       Jean P. Homan, WSBA #27084
       Tacoma City Attorney's Office
       747 Market Street, Suite 1120
       Tacoma, WA 98402
       Telephone: (253) 591-5885
       Facsimile: (253) 591-5755
       ***Attorney for Defendant City of Tacoma***

Stipulation and Proposed Order for Extension
Pretrial and Trial Deadlines - 3
CO9 5120-RBL

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184

Based on the foregoing stipulation, the Minute Order Setting Trial, Pretrial Dates and Ordering Mediation is modified as follows:

1)    Disclosure of expert opinions for all topics other than the surveillance of Plaintiffs and their activities conducted by Defendants and their officers, employees or agents remains as currently required under the case schedule - disclosure of primary expert opinions on October 1st, rebuttal experts 30 days later;

2)    Completion of all fact discovery by November 15, 2010, as currently required under the case schedule;

3)    Depositions of experts on all topics other than the surveillance of Plaintiffs and their activities conducted by Defendants and their officers, employees or agents by November 15, 2010, as currently required under the case schedule;

4)    Disclosure of any expert opinions relating to the surveillance of Plaintiffs and their activities conducted by Defendants and their officers, employees or agents by November 30, 2010;

5)    Disclosure of rebuttal expert opinions relating to the surveillance of Plaintiffs and their activities conducted by Defendants and their officers, employees or agents, if any, by December 30, 2010;

6)    Depositions of any experts rendering opinions on the surveillance of Plaintiffs and their activities conducted by Defendants and their officers, employees or agents in January 2011;

7)    Continuance of the deadline for filing dispositive motions to February 15, 2011; and

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184

8)   Continuance of the trial date to **November 8, 2011 @ 9:00 a.m.**

DATED this 12th day of October, 2010

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

By:   */s/ M. Rose Spidell*
       M. Rose Spidell, WSBA #36038
       ACLU of Washington Foundation
       *Attorney for Plaintiffs*

Stipulation and Proposed Order for Extension
Pretrial and Trial Deadlines - 5
CO9 5120-RBL

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184