1

HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

12

THOMAS MCCARTHY; PHAN NGUYEN;
ELIZABETH RIVIERA GOLDSTEIN;
LEAH COAKLEY; PATRICK
EDELBACHER; and CHARLES BEVIS,

Plaintiff,

13

v.

14

15

16

17

JAMES BARRETT; HANNAH HEILMAN;
ALAN ROBERTS; TODD KITSELMAN;
BARRY PARIS; THOMAS STRICKLAND;
MICHAEL MILLER; ROBERT SHEEHAN;
DONALD RAMSDELL; and CITY OF
TACOMA (TPD),

18

Defendants.

Case No. C09-5120 RBL

ORDER REQUESTING A RESPONSE
TO PLAINTIFFS' MOTION FOR
RECONSIDERATION
[Dkt. #35]

19

20

21

22

23

24

25

THIS MATTER is before the Court on the Plaintiffs' Motion for Reconsideration  [Dkt. #52] of the

Court's Order [Dkt. #51] on Defendants' Motion for a Protective Order. [Dkt. #35].   Plaintiffs seek

reconsideration that portion of the Order which denied without prejudice their request for information about

surveillance occurring after the March 2007 protests at the heart of this case (specifically, "from 2005 to

present").  Plaintiffs argue that they have in fact asserted claims related to subsequent surveillance.

26

27

Under Local Rule 7(e)(3), the Court Requests that the Defendants Respond to the Motion, including

specifically the claim that the requested material is discoverable under the allegations of this case.

28

ORDER
Page - 1

1    Any Response should not exceed 5 pages in length, and should be filed by January 4, 2011.  The

2  Motion for Reconsideration is Re-noted to January 7, 2011.

3    **IT IS SO ORDERED.**

4    Dated this 22nd day of December, 2010.

6    _____
   RONALD B. LEIGHTON
7    UNITED STATES DISTRICT JUDGE

ORDER
Page - 2