HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS MCCARTHY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES BARRETT, *et al.*, <br><br> Defendants. | Case No.: C09-5120 RBL <br><br> AGREED STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTIONS *IN LIMINE* |

**I. STIPULATION**

The parties, by and through their respective counsel of record, stipulate as follows:

1. The trial date in this case currently is scheduled for November 11, 2011. The deadline to respond to Motions *in Limine* is October 10, 2011, CR 7 (d)(4).

2. The parties have agreed to extend the date to respond to Motions *in Limine* by one day.

3. Accordingly, the parties hereby stipulate to, and ask the Court to approve, a modification of the Case Scheduling Order to provide for an extension of the deadline for responding to Motions *in Limine*, from October 10, 2011 to October 11, 2011.

//

//

//

AGREED STIPULATION AND ORDER TO EXTEND DEADLINE TO
RESPOND TO MOTIONS IN LIMINE - C09-5120 RBL
38162-001 \ McCarthy Agreed Stipulation and Order to Extend Deadline to Respond to
Motions in Limine.doc            -1-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

DATED this 7th day of October, 2011.

| | |
|---|---|
| STOKES LAWRENCE, P.S. | CITY OF TACOMA - CITY ATTORNEY'S OFFICE-CIVIL DIVISION |
| By: /s/ Theresa H. Wang<br>    Scott A.W. Johnson (WSBA #15543)<br>    Theresa H. Wang (WSBA #39784) | By: /s/ Jean P. Homan<br>    Jean P. Homan (WSBA #27084)<br>    Deputy City Attorney |
|     M. Rose Spidell (WSBA #36038)<br>    AMERICAN CIVIL LIBERTIES<br>    UNION OF WASHINGTON | Attorney for Defendants |
|     Nathan Alexander (WSBA 37040)<br>    DORSEY & WHITNEY LLP | |
|     Cooperating Attorneys for ACLU of<br>    Washington Foundation | |
| Attorneys for Plaintiffs | |

AGREED STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTIONS IN LIMINE - C09-5120 RBL
38162-001 \ McCarthy Agreed Stipulation and Order to Extend Deadline to Respond to Motions in Limine.doc

-2-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

## II. ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for responding to Motions *in Limine* has been extended to October 11, 2011.

DATED this 11th day of October, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

STOKES LAWRENCE, P.S.

By: /s/ Theresa H. Wang
    Scott A.W. Johnson (WSBA #15543)
    Theresa H. Wang (WSBA #39784)

    M. Rose Spidell (WSBA #36038)
    AMERICAN CIVIL LIBERTIES
    UNION OF WASHINGTON

    Nathan Alexander (WSBA 37040)
    DORSEY & WHITNEY LLP

    Cooperating Attorneys for ACLU of
    Washington Foundation

Attorneys for Plaintiffs

**Approved as to form**;
Notice of Presentment Waived

CITY OF TACOMA - CITY ATTORNEY'S OFFICE-CIVIL DIVISION

By: /s/ Jean P. Homan
    Jean P. Homan (WSBA #27084)
    Deputy City Attorney

Attorney for Defendants

AGREED STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTIONS IN LIMINE - C09-5120 RBL
38162-001 \ McCarthy Agreed Stipulation and Order to Extend Deadline to Respond to Motions in Limine.doc

-3-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000