

HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS McCARTHY, ELIZABETH RIVERA GOLDSTEIN, PHAN NGUYEN, CHARLIE BEVIS, LEAH COAKLEY and PATRICK EDELBACHER,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES BARRETT, CITY OF TACOMA, HANNAH HEILMAN, TODD KITSELMAN, MICHAEL MILLER, B PARIS, DONALD RAMSDELL, ALAN ROBERTS, ROBERT SHEEHAN and THOMAS STRICKLAND,<br><br>Defendants. | CIVIL ACTION No. 09-CV-05120 RBL<br><br>**STIPULATION AND [P~~ROPOSE~~D] ORDER TO AMEND CAPTION**<br><br>**Clerk's Action Required** |

## I. STIPULATION

The parties, by and through their respective counsel of record, stipulate as follows:

1. Whereas the Court entered its Order Granting In Part And Denying In Part Defendants' Motions for Summary Judgment, which dismissed the individual defendants from the case;

2. Whereas the parties recognize that the City of Tacoma is the last remaining defendant in this case, and wish to amend the caption to reflect that fact;

STIPULATION AND PROPOSED ORDER TO AMEND CAPTION - 1
C09 5120

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

3. The parties request the Court to enter the following order amending the caption of this case.

DATED this 6th day of December, 2012.

| DORSEY & WHITNEY LLP | CITY OF TACOMA – CITY ATTORNEY'S OFFICE – CIVIL DIVISION |
|---|---|
| /s/ Nathan T. Alexander<br>Robert Mahler, WSBA No. 23913<br>Nathan T. Alexander, WSBA No. 37040<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104-7043<br>Tel: (206) 903-8800<br>Fax: (206) 903-8820<br>alexander.nathan@dorsey.com | /s/ Jean P. Homan (per email authorization)<br>Jean P. Homan, WSBA No. 27084<br>Tacoma City Attorney's Office<br>747 Market Street, Suite 1120<br>Tacoma, WA 98402<br>Telephone: (253) 591-5885<br>Facsimile: (253) 591-5755<br><br>*Attorney for Defendant* |

Theresa Wang, WSBA No. 39784
STOKES LAWRENCE
1420 Fifth Avenue, Suite 3000
Seattle, WA 98104
Tel: (206) 626-6000
Theresa.Wang@stokeslaw.com

Sarah A. Dunne, WSBA No. 34869
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel: (206) 624-2184
Fax: (206) 624-2190
dunne@aclu-wa.org

*Attorneys for Plaintiffs*

STIPULATION AND PROPOSED ORDER TO AMEND CAPTION - 2
C09 5120

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## ORDER

Based upon the above stipulation,

IT IS HEREBY ORDERED that the caption of this case shall be amended to remove the name of all defendants except Defendant City of Tacoma.

DATED this 14 day of December, 2012.

_____
U.S. DISTRICT COURT JUDGE
HONORABLE RONALD B. LEIGHTON

STIPULATION AND PROPOSED ORDER TO AMEND CAPTION - 3
C09 5120

4818-5842-8690\1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820